# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --               )
)
Smiths Detection Inc.         )   ASBCA Nos. 59585, 59971
)
Under Contract No. DAAB07-00-C-J613 *et al.* )

APPEARANCE FOR THE APPELLANT:     Gerald D. Woodward, Esq.
                                      Senior Corporate Counsel

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
                                      DCMA Chief Trial Attorney
                                      Gregory T. Allen, Esq.
                                      Trial Attorney
                                      Defense Contract Management Agency
                                      Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 19 August 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59585, 59971, Appeals of Smiths Detection Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals